

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2016

No. 04-16-00353-CR

Veronica **CALAHAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR8509
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's first motion for extension of time to file her brief is GRANTED. Appellant's brief is due on September 28, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court